# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Grover G. Allen

Plaintiff

v.

Jesse Ventura, John A. Chesterman,
Craig Nelson, David Walker,
Donald Nolander II, County of Freeborn

Defendants

Case No. Civil 01 1678 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's complaint is dismissed for failure to comply with this Court's order dated 9/17/01 and for lack of prosecution. That the Plaintiff's application to proceed in forma pauperis is denied as moot.

DATE: December 14, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk